Sean P. Nalty (SBN 121253)
sean.nalty@ogletreedeakins.com
Shivani Nanda (SBN 253891)
shivani.nanda@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

Robert J. McKennon (SBN 123176)
rm@mckennonlawgroup.com
Scott E. Calvert (SBN 210787)
sc@mckennonlawgroup.com
David S. Rankin (SBN 270326)
dr@mckennonlawgroup.com
MCKENNON LAW GROUP P.C.
20321 SW Birch Street, Suite 200
Newport Beach, CA 92660
Telephone: 949.387.9595
Facsimile: 949.385.5165

Attorneys for Plaintiff
JAMES R. BECHTOLD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| JAMES R. BECHTOLD, <br><br> Plaintiff, <br><br> v. <br><br> HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. 3:16-cv-04383-RS <br><br> **STIPULATION TO MODIFY THE SCHEDULING ORDER; [PROPOSED] ORDER** <br><br> Complaint Filed: August 3, 2016 <br> Trial Date: None Set <br> Judge: Hon. Richard Seeborg |

The Parties to the above captioned matter, plaintiff James Bechtold ("plaintiff") and defendant Hartford Life and Accident Insurance Company ("defendant") (collectively "the Parties") hereby request that the Court modify the Scheduling Order in this matter as follows:

This matter is governed by the Employee Retirement Income Security Act ("ERISA"). The opening briefs in this matter must be filed by April 20, 2017. The Parties currently are in complex settlement negotiations and wish to extend the date for the filing of the opening brief from April 20, 2017 to April 27, 2017 to allow time to complete these settlement negotiations. The response brief still would be due May 11, 2017 and the Bench Trial in this matter still would take place on May 22, 2017.

Accordingly, the Parties, through their counsel of record, hereby stipulate that the opening brief in this matter can be filed on April 27, 2017 and the Parties respectfully request the Court approve this change to the Scheduling order in this matter.

IT IS SO STIPULATED.

DATED: April 10, 2017           OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


                                By: */s/ Sean P. Nalty*
                                    Sean P. Nalty
                                    Shivani Nanda

                                Attorneys for Defendant
                                HARTFORD LIFE AND ACCIDENT
                                INSURANCE COMPANY

DATED: April 10, 2017           MCKENNON LAW GROUP P.C.


                                By: */s/ Robert J. McKennon*
                                    Robert J. McKennon
                                    Scott E. Calvert
                                    David S. Rankin

                                Attorneys for Plaintiff
                                JAMES R. BECHTOLD

# ATTESTATION

Pursuant to Local Rule 5-1(i)(1), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Dated: April 10, 2017.		By:	  /s/ *Sean P. Nalty*
					Sean P. Nalty
					Shivani Nanda

					Attorneys for Defendant
					HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

## [~~PROPOSED~~] ORDER

Good Cause Appearing Therefore, the Court hereby modifies the Scheduling Order in this matter to make the opening briefs in this matter due on April 27, 2017. The other dates in the Scheduling Order shall remain the same.

IT IS SO ORDERED.

Dated: April ~~10~~ 11, 2017.

_____
The Honorable Richard Seeborg
U.S. District Court Judge

26577396.1