1  Sean P. Nalty (SBN 121253)
   sean.nalty@ogletreedeakins.com
2  Shivani Nanda (SBN 253891)
   shivani.nanda@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA 94105
5  Telephone:   415.442.4810
   Facsimile:   415.442.4870
6
   Attorneys for Defendant
7  HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

8  Robert J. McKennon (SBN 123176)
   rm@mckennonlawgroup.com
9  Scott E. Calvert (SBN 210787)
   sc@mckennonlawgroup.com
10 David S. Rankin (SBN 270326)
   dr@mckennonlawgroup.com
11 MCKENNON LAW GROUP P.C.
   20321 SW Birch Street, Suite 200
12 Newport Beach, CA 92660
   Telephone:   949.387.9595
13 Facsimile:   949.385.5165

14 Attorneys for Plaintiff
   JAMES R. BECHTOLD

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| JAMES R. BECHTOLD,<br><br>    Plaintiff,<br><br>    v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No. 3:16-cv-04383-RS<br><br>ORDER<br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**<br><br>Honorable Richard G. Seeborg<br><br>Complaint Filed: August 3, 2016<br>Trial Date:       None |

**TO THE COURT AND ALL PARTIES:**

Following settlement of this matter, Plaintiff James R. Bechtold and Defendant Hartford Life and Accident Insurance Company hereby stipulate as follows:

1. The above-entitled action against Defendant Hartford Life and Accident Insurance Company shall be dismissed with prejudice, and in its entirety, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and,

2. Each party shall bear her or its own costs and fees.

IT IS SO STIPULATED.

DATED: June 16, 2017                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Sean P. Nalty*
    Sean P. Nalty

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

DATED: June 16, 2017                MCKENNON LAW GROUP P.C.

By: */s/ Robert McKennon*
    Robert J. McKennon

Attorneys for Plaintiff
JAMES R. BECHTOLD



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Richard Seeborg
Date: 6/19/17

1

Case No. 3:16-cv-04383-RS
STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)